IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT IN AND
FOR LEE COUNTY, FLORIDA

CASE NUMBER:

**COURTNEY ENGEL AND BRIAN ENGEL,**

    Plaintiffs,

v.

**UNITED SERVICES AUTOMOBILE ASSOCIATION,**

    Defendant.
_____/

## COMPLAINT & DEMAND FOR JURY TRIAL

**COMES NOW**, Plaintiffs, Courtney Engel and Brian Engel, by and through the undersigned counsel and sue Defendant, United Services Automobile Association, and allege as follows:

1. This is an action for breach of contract with damages greater than Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2. At all times material hereto, Plaintiffs were and are Florida residents.

3. Defendant is upon information and belief, a corporation duly authorized to conduct business in the State of Florida, and which does issue policies of insurance in Lee County.

4. Jurisdiction and venue of this matter are proper in Circuit Court for Lee County, Florida.

5. At all times material hereto there was in full force and effect a homeowner's property insurance policy believe to be CIC 00915707892A. A formal copy of the Plaintiffs' Policy is not currently in the possession of Plaintiffs, but is well known to Defendant,

and has been requested by Plaintiff through a Request to Produce (which has been served upon Defendant contemporaneously with this Complaint). See: <u>Equity Premium, Inc. v. Twin City Fire Ins. Co., 956 So.2d 1257</u> (Fla 4th DCA 2007); <u>Amiker v. Mid-Century Ins. Co., 398 So.2d 974</u> (Fla 1st DCA 1981); <u>Parkway General Hospital, Inc. v. Allstate Ins. Co., 393 So.2d 1171</u> (Fla. 3rd DCA 1981) and <u>Sasche v. Tampa Music Co., 262 So.2d 17</u>( Fla. 2nd DCA 1972).

6. Under Policy's terms, Defendant insured the Plaintiff against certain losses to Plaintiff's home located at 9566 Blue Stone Circle, Fort Myers, FL 33913 (the "Property").

7. On or about September 28, 2022, while the policy was in full force and effect, the Property sustained damage that was covered under the Policy as a result of wind.

8. Plaintiffs filed a claim with Defendant that was assigned Claim Number 009157078–004.

## COUNT I - BREACH OF CONTRACT AGAINST DEFENDANT

Plaintiffs, Courtney Engel and Brian Engel, by and through the undersigned attorney sues Defendant, United Services Automobile Association and alleges as follows:

9. Plaintiffs re-allege paragraphs 1 through 8 above and incorporate the same by reference herein.

10. Plaintiffs are the named insureds under the Policy which was in full force and effect all times material to this Complaint.

11. Plaintiffs have complied with all conditions precedent contained within the policy or under Florida law, or any such conditions have been waived.

12. Despite receiving Plaintiffs' demand for payment, Defendant has failed or refused to fully indemnify Plaintiff from the amount of loss.

13. Defendant's refusal to reimburse Plaintiffs adequately for damages and otherwise make Plaintiff whole constitutes a breach of contract.

14. As a result of Defendant's breach of contract, it has become necessary that Plaintiffs retained the services of the undersigned attorneys pursuant to Sections 627.428, 626.9373, 57.041, 57.104, Florida Statutes. Plaintiffs are obligated to pay a reasonable fee for the undersigned attorney's services in bringing this action, plus necessary costs.

15. Plaintiffs have been and remain fully prepared to comply with all of the Policy's obligations.

16. Defendant's conduct has caused the Plaintiffs to retain the services of the undersigned attorney to represent them in this action, and Plaintiffs are entitled to recover attorney's fees and costs under Sections 627.70152 (July 1, 2021), 627.428 (July 1, 2021), 626.9373 (July 1, 2021), 57.041, 57.104, Florida Statutes. Plaintiff is obligated to pay a reasonable fee for the undersigned attorney's services in bringing this action, plus necessary costs.

**WHEREFORE**, Plaintiffs, Courtney Engel and Brian Engel, by and through the undersigned counsel, demands judgment against Defendant, United Services Automobile Association, for all damages with interest, costs, attorney fees pursuant to Sections 627.70152 (July 1, 2021), 627.428 (July 1, 2021), 626.9373 (July 1, 2021), 57.041, 57.104, Florida Statutes, and for all other remedies the Court sees fit to grant, and Plaintiff demands trial by jury.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this document will be served on Defendant along with the Summons in this action.

**Date: March 8, 2023**

*/s/Ana Cristina Rossi*

**COHEN LAW GROUP**
Ana Cristina Rossi, Esq.
Florida Bar Number: 0085524
*FOR THE FIRM*
350 North Lake Destiny Road
Maitland, Florida 32751
Phone: (407) 478-4878
Fax: (407) 478-0204
Primary: arossi@itsaboutjustice.law
Secondary: karen@itsaboutjustice.law