```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

COURTNEY ENGEL and BRIAN
ENGEL,

      Plaintiffs,

v.                                Case No: 2:23-cv-254-JES-NPM

USAA CASUALTY INSURANCE
COMPANY,

      Defendant.

_____

## ORDER

    This matter comes before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. #12) filed on August 11, 2023. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

    **DONE and ORDERED** at Fort Myers, Florida, this __11th__ day of August 2023.

                                            _/s/ John E. Steele_
                                            JOHN E. STEELE
                                            SENIOR UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record